**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00298-CV

————————————

**LEROY WHITAKER JR., Appellant**

**V.**

**AMERICAN EXPRESS NATIONAL BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1255790**

---

## MEMORANDUM OPINION

Appellant Leroy Whitaker, Jr. has not filed a brief. On July 9, 2026, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant filed no response or brief.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.